COURT OF APPEALS OF VIRGINIA

Present:   Judges Humphreys, McCullough and Senior Judge Bumgardner

MASTERCORP, INC. AND AMERICAN
 ZURICH INSURANCE COMPANY

MEMORANDUM OPINION[*]
v.      Record No. 2273-13-1                                    PER CURIAM
                                                                APRIL 1, 2014
ROSA RAMIREZ


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Mark A. Stallings; Mark A. Stallings, PLC, on brief), for appellants.

(Adam B. Shall; Philip J. Geib, P.C., on brief), for appellee.


        Mastercorp, Inc. and American Zurich Insurance Company (employer) appeal the

decision of the Workers' Compensation Commission (commission) finding that employer is

responsible for the carpel and ulnar tunnel release surgery for Rosa Ramirez (claimant) as

recommended by her treating physician, Dr. John M. Pitman, III.  Employer argues the evidence

was insufficient to support the commission's finding that claimant's carpal and ulnar tunnel

conditions were causally related to the compensable injury.  We have reviewed the record and

the commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for

the reasons stated by the commission in its final opinion.  See Ramirez v. Mastercorp, Inc., JCN

VA00000333059 (Oct. 31, 2013).  We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                        Affirmed.

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.